1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    CARLOS PANIAGUA,                      CASE NO. 1:15-cv-00017-LJO-MJS (PC)

12            Plaintiff,                     **ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS TO DISMISS**
13        v.                                **COMPLAINT FOR FAILURE TO STATE A
                                            CLAIM AND REQUIRE PLAINTIFF TO**
14    CLIFF ALLENBY, et al.,                 **FILE A HABEAS PETITION OR NOTICE
                                            OF VOLUNTARY DISMISSAL**
15            Defendants.

16                                           **(ECF No. 11)**

17                                           **CLERK TO SEND PLAINTIFF HABEAS
                                            PETITION FORM**
18

19                                           **CASE TO REMAIN OPEN**

20                                           **THIRTY (30) DAY DEADLINE**

21

22          Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil

rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United
23

States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the
24

United States District Court for the Eastern District of California.
25

          On February 6, 2015, the Magistrate Judge issued findings and recommendations
26

to dismiss Plaintiff's complaint for failure to state a claim, and to require Plaintiff to file,
27

within thirty days, either a petition for a writ of habeas corpus or a notice of voluntary
28

1    dismissal. (ECF No. 11.) Plaintiff filed no objections.

2         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has

3    conducted a de novo review of this case. Having carefully reviewed the entire file, the

4    Court finds the Findings and Recommendation to be supported by the record and by

5    proper analysis.

6         Accordingly, it is HEREBY ORDERED that:

7    1.    The Court adopts the findings and recommendations, filed on February 6,

8          2015 (ECF No. 11), in full;

9    2.    Plaintiff's complaint (ECF No. 1) is DISMISSED for failure to state a claim;

10   3.    The Clerk's Office is directed to send Plaintiff a habeas petition form; and

11   4.    Plaintiff is required to file a habeas petition or a notice of voluntary

12         dismissal within thirty (30) days of the date of this order.

13

14   **SO ORDERED**
     **Dated: March 3, 2015**

15                                         **/s/ Lawrence J. O'Neill**
                                           **United States District Judge**

16

17

18

19

20

21

22

23

24

25

26

27

28